Liberty National Bank of Chicago, Appellant, v. Joseph Pollack, Trading as Apco Manufacturing Company, Appellee.

Gen. No. 44,578.

opinion filed March 8, 1949; released for publication May 23, 1949. Morris A. Haft, for appellant; Ringer, Reinwald & Sostrin, for appellee; M. Lester Reinwald and Morris Sostrin, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.